**Carmen Nannette Vega (Olivo)**
1898 Longfellow Ave apt C2
Bronx, New York
(203)558-8736

August 10, 2017

**Chief Judge Colleen McMahon**
US District Court Southern District
500 Pearl Street
New York, NY 10007

Dear Honorable Judge McMahon

I am writing this letter to request leniency concerning the restitution for case #101-CR-0009390-02 due to severe financial hardship. I would like to request a review of the case files and that my corresponding balance be forgiven.

In 2001 I was found guilty of one count conspiracy after a plea of not guilty. I was cleared of counts two, three, four and five. There was a total fine of 8,175,306 that was ordered to be paid by all the defendants in the case. This included the company owner and the full-time employees charged in the case. As I maintained throughout the whole trial and to this day I was not aware of any internal fraud that was going on in the company. As a full time, employee, my main focus was meeting my daily goals and earning a paycheck to support my two kids as a single parent. During the case I was heavily investigated and it was confirmed that I did not have any cash money, properties or anything related to the fraud that was committed. I had received no benefit from the company or the case. On July 15, 2005 I was up for resentencing and was released immediately with time served.

After my release, I was reunited with my two sons and tried to set my life back on track. I found employment and the fine was being paid to the best of my ability. In 2008 I suffered multiple slipped disk in my spine and had to have emergency surgery to repair the disks. I have not been able to maintain stable employment and living arrangements since that time. I have been deemed disabled by my doctors due to my chronic back pain and I am currently collecting $874 a month from my social security disability fund. I have spent the last couple of years living from relative to relative. I hope to one day have a place of my own with the help of section 8 or public housing but the waiting list are very long. I am trying my best to live a healthy and well life but with my low income it is hard to afford even the basic essentials needed in life. Paying this fine would just be another burden to bare and my current circumstances make it all the more difficult. During the months of January and February 2017 they garnish part of my social security check which made me my living situation even harder and behind my current bills.

I sincerely request that you please consider the above information and grant my petition due to my circumstances. I am grateful for your consideration and understanding.

Sincerely,
Carmen Nannette Vega (Olivo)